UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON ARCEO<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. GONZALES, et al.,<br><br>　　　　Defendants. | CASE NO. 1:13-cv-2083-LJO-MJS (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR COURT ORDER**<br><br>**(ECF No. 24)** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. (ECF Nos. 1 & 4.) This action proceeds on Plaintiff's Eighth Amendment excessive force claim and California state law assault and battery claims against Defendants Receo, Souvannkaham, and Gonzales. (ECF No. 10.)

Before the Court is Plaintiff's September 17, 2014, motion for a court order allowing him to interview, write or call three inmates for the purpose of obtaining affidavits and the inmates' agreement to testify at trial. (ECF No. 24.) Defendants have not opposed the motion and the time for doing so has passed. The matter is deemed submitted. Local Rule 230(*l*).

California Code of Regulations title 15, § 3139 governs correspondence between inmates, parolees, and probationers. It provides in part:

> Inmates shall obtain written authorization from the Warden/Regional Parole Administrator or their designee/assigned probation officer, person in charge of the County Jail and/or other State Correctional Systems, at a level not less than Correctional Captain/Facility Captain or Parole Agent III, to correspond with any of the following:
>
> (1) Inmates under the jurisdiction of any county, state or federal, juvenile or adult correctional agency.

Plaintiff does not state whether he has sought written authorization from the appropriate prison officials to correspond with other inmates. Since the Court cannot find that Plaintiff has made a good faith effort to obtain the desired communications without court action, it must deny his motion without prejudice.

If Plaintiff attempts to correspond with his potential witnesses by following the proper procedures and is denied access or is otherwise unable to effectively communicate with his witnesses, Plaintiff may renew his motion. However, Plaintiff will need to describe his attempts to engage in the process described above and to explain why the communication with each witness is relevant to this cause of action.

Based on the foregoing, Plaintiff's motion for a court order allowing him to communicate with other inmates (ECF No. 24) is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   November 4, 2014         /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE