UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON ARCEO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. GONZALES, et al.,<br><br>　　　　　Defendants. | NEW CASE NO. 1:13-cv-02083-MJS (PC)<br><br>**ORDER ASSIGNING CASE RE: PRESIDING JUDGE**<br><br>**OLD CASE NO. 1:13-cv-02083-LJO-MJS** |

IT IS HEREBY ORDERED that the above entitled action be assigned to the docket of Magistrate Judge MICHAEL J. SENG as Presiding Judge of the above entitled action. Plaintiff and Defendants filed their consents under 28 U.S.C. § 636(c)(1) on November 21, 2014 and November 13, 2014, respectively, to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment.

ALL FUTURE PLEADINGS SHALL BE

NUMBERED AS FOLLOWS:

1:13-cv-02083-MJS

IT IS SO ORDERED.

Dated: __**November 24, 2014**__　　　　　__/s/ Lawrence J. O'Neill__
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE