UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON ARCEO,<br><br>        Plaintiff,<br><br>v.<br><br>J. GONZALES, et al.,<br><br>        Defendants. | Case No.  1:13-cv-2083-MJS (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL DISCOVERY**<br><br>**(ECF No. 40)** |

      Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 28 U.S.C. § 1983. The action proceeds against Defendants Gonzales, Receo, and Souvannkaham on Plaintiff's Eighth Amendment excessive force and state law assault and battery claims. (ECF No. 10.)

      Before the Court is Plaintiff's March 4, 2015 motion to compel a response to his request for production of documents. (ECF No. 40.)

      At the outset of this case, the Court conducted an initial scheduling conference in which the parties agreed to certain expedited litigation procedures. (See ECF Nos. 23, 25, 27, 35, & 36.)  The parties agreed to make certain initial disclosures, outlined in the

Court's discovery and scheduling order (ECF No. 33), by December 10, 2014. The order specifically provided, and the parties agreed, that no other written discovery would be conducted, except on order of the Court for good cause shown. Thus, neither the parties' agreement nor the Court's discovery and scheduling order permits Plaintiff to propound a request for production of documents or to file a motion to compel based on Defendants' failure to respond to such a request.

The discovery and scheduling order also provides specific procedures for attempting to resolve discovery disputes through a telephonic discovery dispute conference. Discovery has closed and the time for filing discovery motions in this action – including requests for a discovery dispute conference – has passed. Nonetheless, the Court will afford Plaintiff **ten days** from the date of this order to request a telephonic discovery dispute conference **if** he believes discovery required under the Court's order has not been provided to him.

Based on the foregoing, Plaintiff's motion to compel is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   March 6, 2015                    /s/ *Michael J. Seng*
                                          UNITED STATES MAGISTRATE JUDGE