UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON ARCEO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. GONZALES, et al.,<br><br>　　　　Defendants. | Case No. 1:13-cv-02083-MJS (PC)<br><br>**ORDER APPOINTING COUNSEL** |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. The court finds that the appointment of counsel is warranted. Edward Gaus and Amir Nassihi have been selected from the court's pro bono attorney panel to represent plaintiff and they have agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Edward Gaus and Amir Nassihi are appointed as counsel in the above entitled matter.
2. Counsel are advised that this appointment is for the purpose of assisting Plaintiff with the preparation for trial and trial of this mater as currently scheduled (to the extent they and Plaintiff may so agree). It is not for the purpose of seeking rescheduling or revisiting of matters already resolved.
3. Appointed counsel shall notify Sujean Park at (916) 930-4278, or via email at

spark@caed.uscourts.gov if they have any questions related to the appointment.

4. The Clerk of the Court is directed to serve a copy of this order and the Court's amended pretrial order (ECF No. 55) upon Edward Gaus and Amir Nassihi, Shook Hardy & Bacon LLP, 1 Montgomery Street, Suite 2700, San Francisco, California 94104.

IT IS SO ORDERED.

Dated: May 20, 2015                         /s/ *Michael J. Seng*
                                            UNITED STATES MAGISTRATE JUDGE