

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON ARCEO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. GONZALES, et al.,<br><br>　　　　Defendants.<br>_____ / | Case No. 1:13-cv-02083-MJS (PC)<br><br>NOTICE AND ORDER THAT PLAINTIFF RAMON ARCEO, CDCR # F-66466, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(ECF No. 57) |

Jury trial commenced in this action on September 9, 2015, and a mistrial was declared by the Court on September 10, 2015. The trial is complete, and Plaintiff **Ramon Arceo, CDCR # F-66466,** is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.

IT IS SO ORDERED.

Dated: September 10, 2015

UNITED STATES MAGISTRATE JUDGE