**FILED**

SEP 09 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON ARCEO, | Case No. 1:13-cv-02083-MJS (PC) |
| Plaintiff, | NOTICE AND ORDER THAT INMATE INMATE RUBEN DAVILA, CDCR # F-94268, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |
| v. | |
| J. GONZALES, et al., | |
| Defendants. | |
| / | (ECF No. 59) |

Jury trial commenced in this action on September 9, 2015. Inmate **Ruben Davila, CDCR # F-94268,** has testified and he is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.

IT IS SO ORDERED.

Dated:   September 9, 2015                    _____
                                              UNITED STATES MAGISTRATE JUDGE