FILED
SEP 09 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON ARCEO,<br><br>     Plaintiff,<br><br>v.<br><br>J. GONZALES, et al.,<br><br>     Defendants. | Case No. 1:13-cv-02083-MJS (PC)<br><br>NOTICE AND ORDER THAT INMATE INMATE JUAN MANUEL ORTEGA, CDCR # V-30671, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(ECF No. 58) |

Jury trial commenced in this action on September 9, 2015. Inmate **Juan Manuel Ortega, CDCR # V-30671,** has testified and he is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY ORDERED DISCHARGED.

IT IS SO ORDERED.

Dated:   September 9, 2015                    _____
                                              UNITED STATES MAGISTRATE JUDGE