FILED

SEP 09 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON ARCEO, | Case No. 1:13-cv-02083-MJS (PC) |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON SEPTEMBER 10, 2015 AT 8:00 A.M. |
| v. | |
| J. GONZALES, et al., | |
| Defendants. | |

Plaintiff **Ramon Arceo, CDCR # F-66466,** shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Thursday, September 10, 2015.

IT IS SO ORDERED.

Dated: September 9, 2015

UNITED STATES MAGISTRATE JUDGE