IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**RAMON ARCEO,**

Plaintiff,

v.

**J. GONZALES, et al.,**

Defendants.

Case No. 1:13-cv-02083-MJS (PC)

**ORDER SETTING TRIAL DATE**

It is stipulated by the parties, by and through their respective counsel, and ordered by the Court that the trial in this matter commence on March 16, 2016. The trial, by jury, is scheduled to last three days.

IT IS SO ORDERED.

Dated:   September 21, 2015             /s/ *Michael J. Seng*
                                         UNITED STATES MAGISTRATE JUDGE