# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON ARCEO,<br><br>            Plaintiff,<br><br>    v.<br><br>J. GONZALES, et al.,<br><br>            Defendants.<br>_____/ | Case No.  1:13-cv-02083-MJS (PC)<br><br>ORDER REQUIRING PRODUCTION OF INMATE GEORGE BASURTO, CDCR # V-68537 FOR TRIAL ON MARCH 17, 2016 AT 8:30 A.M. |

Inmate Witness **George Basurto, CDCR # V-68537,** shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:30 a.m. on Thursday, March 17, 2016.

IT IS SO ORDERED.

Dated:   March 16, 2016              /s/ *Michael J. Seng*
                                                            UNITED STATES MAGISTRATE JUDGE