# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON ARCEO,<br><br>    Plaintiff,<br><br>    v.<br><br>J. GONZALES, et al.,<br><br>    Defendants.<br>_____/ | Case No.  1:13-cv-02083-MJS (PC)<br><br>ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON MARCH 18, 2016 AT 8:30 A.M. |

Plaintiff **Ramon Arceo, CDCR # F-66466,** shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Friday, March 18, 2016.

IT IS SO ORDERED.

Dated:  March 17, 2016          /s/ *Michael J. Seng*
                                UNITED STATES MAGISTRATE JUDGE