UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street, Room 1501
Fresno, CA 93721



**FILED**

MAR 18 2016



CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## ORDER AND RECEIPT FOR TRIAL EXHIBITS

**CASE NUMBER:**  1:13-cv-02083-MJS

**CASE NAME:**  ARCEO vs. GONZALES, et al.

Pursuant to Local Rule 138(f), ~~the Court orders~~ that custody of all exhibits used, referenced and/or admitted at trial be returned to Defense Counsel. The parties shall retrieve the original exhibits from the Courtroom Deputy ~~following the verdict in~~ the case.

The parties' counsel shall retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

IT IS SO ORDERED.

Dated: __March 18, 2016__    /s/ _Michael J. Seng_
UNITED STATES MAGISTRATE JUDGE

**DATE EXHIBITS RETURNED:** __March 18, 2016__

**Pltf Attorneys: A. Nassihi, E. Gaus, and A. Chang**

**Pltf Attorney Signatures:** _____

**DATE EXHIBITS RETURNED:** __March 18, 2016__

**Deft Attorneys: J. Braxton and M. Anderson**

**Deft Attorney Signatures:** _M. Anderson_

This document certifies that the above referenced exhibits were returned.

**Date:** __March 18, 2016__    _____
RENEE GAUMNITZ
Courtroom Clerk