UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMON ARCEO,<br><br>        Plaintiff,<br><br>  v.<br><br>J. GONZALES, et al.,<br><br>        Defendants. | No. 1:13-CV-02083-MJS (PC)<br><br>JUDMENT IN A CIVIL ACTION |

Judgment is entered in this action in favor of Defendants J. Gonzales, M. Receo, and E. Souvannkaham, and against Plaintiff Ramon Arceo on all plaintiff's claims, according to the special verdicts of the trial jury returned in open Court March 18, 2016.

DATED: March 21, 2016                                    MARIANNE MATHERLY, Clerk

/s/ RENEE GAUMNITZ
By: Renee Gaumnitz,
Deputy Clerk

1